

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00073-CV

IN THE INTEREST OF A CHILD

----------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Robin Dumas filed her notice of appeal on February 22, 2012. On February 24, 2012, we notified Appellant of our concern that we lacked jurisdiction over her appeal because there is no signed, final order in this case and that her notice of appeal was premature. *See* Tex. R. App. P. 26.1(a), 27.1(a). We informed Appellant that unless she or any party desiring to continue the appeal furnished this court with a signed copy of the order that Appellant seeks to appeal, we would dismiss the appeal for want of jurisdiction. *See* Tex.

---

[1]*See* Tex. R. App. P. 47.4.

R. App. P. 42.3(a), 43.2(f). We have received no response to our letter nor a copy of a signed order from the trial court in this case.

Texas appellate courts have jurisdiction only over final orders or judgments unless a statute permits an interlocutory appeal. *Cherokee Water Co. v. Ross*, 698 S.W.2d 363, 365 (Tex. 1985). There is no signed order or judgment in this case. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: May 3, 2012